UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGVIJAY MOTIANI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FUTURE US LLC,<br><br>        Defendant. | Case No. 1:24-cv-02931-ALC<br><br>Honorable Judge Andrew L. Carter, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Digvijay Motiani voluntarily dismisses his claim in this action without prejudice against Defendant Future US LLC.

Dated: May 8, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Yitzchak Kopel*
     Yitzchak Kopel

Yitzchak Kopel
Alec M. Leslie
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
       aleslie@bursor.com
       mroberts@bursor.com

*Attorneys for Plaintiff*